# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REV. CALVIN WARREN, | ) |
| Plaintiff, | ) ) |
| | ) No. 4:14CV587 TCM |
| FEDERAL GOVERNMENT, | ) ) |
| Defendant, | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis and submission of a civil complaint. Plaintiff has submitted dozens of substantially identical frivolous and delusional complaints over the past few months in which he claims that the government and all of its peoples are conspiring to kill him and his family for religious reasons. See Warren v. Federal Gov't, 4:13CV2379 JCH (E.D. Mo.) (collecting cases). The Court has previously warned plaintiff that it will not allow him to proceed in forma pauperis when filing duplicative frivolous cases.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **denied**.

An Order of Dismissal will be filed separately.

Dated this 31st day of March, 2014.

                                                            /s/ Carol E. Jackson
                                                           CAROL E. JACKSON
                                                           UNITED STATES DISTRICT JUDGE